IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC.,
IVC FILTERS MARKETING, SALES   Case No. 1:14-ml-2570-RLY-TAB
PRACTICES AND PRODUCTS               MDL No. 2570
LIABILITY LITIGATION

_____

This Document Relates to:

Tisdale, James – 1:22-cv-01260
Grumman, Arthur – 1:22-cv-01328
Brown, James A. (Estate) – 1:23-cv-01188
Hakim, Alfred – 1:23-cv-00136

_____

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Case Management Order No. 32, and upon review of the Seventh Circuit Court's decision in *Sykes v. Cook Inc.*, 72 F.4th 195 (7th Cir. 2023), Plaintiffs in the above-captioned cases acknowledge that, based on review of the evidence, the amount in controversy in these matters does not exceed the jurisdictional threshold of $75,000, exclusive of interest and costs, as required for this Court's exercise of subject matter jurisdiction. *See* 28 U.S.C. § 1332(a).

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and the Cook Defendants stipulate to the dismissal of all claims in these actions without prejudice for lack of subject-matter jurisdiction. Each party shall bear its own fees and costs.

Dated:  November 6, 2024

| | |
|---|---|
| */s/ A. Craig Eiland* | */s/ Andrea Roberts Pierson* |
| A. Craig Eiland | Andrea Roberts Pierson |
| Patrick H. Gurski | Faegre Drinker Biddle & Reath LLP |
| Eiland & Bonnin, P.C. | 300 North Meridian Street, Suite 2500 |
| 2200 Market St., Ste. 501 | Indianapolis, Indiana 46204 |
| Galveston, Texas 77550 | Telephone: (317) 237-0300 |
| 1220 Colorado Street, Ste. 300 | Facsimile: (317) 237-1000 |
| Austin, Texas 78701 | Email: andrea.pierson@faegredrinker.com |
| Telephone: (409) 763-3260 | |
| Facsimile: (409) 763-8154 | **Attorneys for Defendants** |
| Email: ceiland@eilandlaw.com | |
| Email: pgurski@eilandlaw.com | |
| | |
| **Attorneys for Plaintiffs** | |