IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC.,
IVC FILTERS MARKETING, SALES   Case No. 1:14-ml-2570-RLY-TAB
PRACTICES AND PRODUCTS        MDL No. 2570
LIABILITY LITIGATION

_____

This Document Relates to:

Tisdale, James – 1:22-cv-01260
Grumman, Arthur – 1:22-cv-01328
Brown, James A. (Estate) – 1:23-cv-01188
Hakim, Alfred – 1:23-cv-00136

_____

ACKNOWLEDGED. Cases listed in caption are dismissed without prejudice.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Date: 12/20/2024

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Case Management Order No. 32, and upon review of the Seventh Circuit Court's decision in *Sykes v. Cook Inc.*, 72 F.4th 195 (7th Cir. 2023), Plaintiffs in the above-captioned cases acknowledge that, based on review of the evidence, the amount in controversy in these matters does not exceed the jurisdictional threshold of $75,000, exclusive of interest and costs, as required for this Court's exercise of subject matter jurisdiction. *See* 28 U.S.C. § 1332(a).

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and the Cook Defendants stipulate to the dismissal of all claims in these actions without prejudice for lack of subject-matter jurisdiction. Each party shall bear its own fees and costs.

Dated: November 6, 2024